UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR, <br><br> Plaintiff, <br><br> v. <br><br> M. HOTTHE, *et al.*, <br><br> Defendants. | NO. C12-1770-RSM <br><br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon Plaintiff John Robert Demos Jr.'s Objections to Magistrate Judge Donohue's Report and Recommendation. Dkt. # 7. Plaintiff Demos contends that he is not a "prisoner" under 28 U.S.C. 1915(g) because the Clallam County Superior Court scheduled a show cause hearing upon Demos's petition for issuance of a writ of habeas corpus. As Mr. Demos is currently incarcerated, however, he continues to meet the criteria of a prisoner under the statute. 28 U.S.C. 1915(h) ("prisoner" refers to "any person incarcerated or detained in any facility . . ."). The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the objections to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED;

ORDER OF DISMISSAL - 1

3. This matter is DISMISSED without prejudice in accordance with standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982); and

4. The Clerk shall send a copy of this Order to plaintiff and to Judge Donohue.

DATED this 19 day of December 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2